

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-14-00259-CV

## IN RE RANDAL REYNOLDS RAMSEY

_____

## Original Proceeding

_____

## MEMORANDUM  OPINION

_____

Relator's petition for writ of mandamus is denied.


AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Petition Denied
Opinion delivered and filed October 29, 2015
[OT06]

